IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAIM SARWAR, Individually, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 1:20-cv-02667-GLR |
| STEELE PROPERTIES, | : | |
| Defendant. | : | |

: : : : : : : :

**DISCLOSURE OF CORPORATE INTEREST**

Check all that apply:

☒   I certify, as party/counsel in this case, that Steele Properties, LLC, is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D.Md.).

❏   The following corporate affiliations exist with Steele Properties, LLC:
None.
(names of affiliates)

❏   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
None.
(names of entities with possible financial interests)

❑   In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note:  If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper:

October 8, 2020                      GORMAN E. GETTY, III, P.A.


                                     By   /s/
                                         Gorman E. Getty, III
                                         Federal Bar #01787
                                         23 Washington Street
                                         Post Office Box 1485
                                         Cumberland, Maryland 21501-1485
                                         Telephone:  (301) 777-8032
                                         Facsimile:  (301) 777-7048
                                         Email:  ggetty@ggettylaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 8th day of October, 2020, a copy of the foregoing document was mailed, postage prepaid, unto:

>Tristan W. Gillespie, Esquire
>Thomas B. Bacon, P.A.
>5150 Cottage Farm Road
>Johns Creek, GA 30022

>>GORMAN E. GETTY, III, P.A.


>>By_____/s/_____
>>Gorman E. Getty, III
>>Federal Bar No. 01787
>>23 Washington Street
>>Post Office Box 1485
>>Cumberland, Maryland 21501-1485
>>Telephone: (301) 777-8032
>>Facsimile: (301) 777-7048
>>Email: ggetty@ggettylaw.com