**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **SAIM SARWAR, Individually,** | : |
| | : **Case No.: 1:20-cv-02667-GLR** |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **STEELE PROPERTIES, A Maryland** | : |
| **Corporation,** | : |
| | : |
| **Defendant.** | : |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on November 10, 2020.


_/s/ Tristan W. Gillespie_                    _/s/ Gorman E Getty, III_
Tristan W. Gillespie                         Gorman E Getty, III

THOMAS B. BACON, P.A.                         GORMAN E GETTY III PA
5150 Cottage Farm Rd.                         23 Washington St
Johns Creek, GA 30022                         Cumberland, MD 21502

ATTORNEYS FOR PLAINTIFF                        ATTORNEYS FOR DEFENDANT