UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **SAIM SARWAR, Individually,** | : |
|   | : Case No.: 1:20-cv-02667-JMC |
| **Plaintiff,** | : |
| v. | : |
|   | : |
| **STEELE PROPERTIES, A Maryland Corporation,** | : |
|   | : |
|   | : |
| **Defendant.** | : |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on November 10, 2020.

/s/ Tristan W. Gillespie
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF

/s/ Gorman E Getty, III
Gorman E Getty, III

GORMAN E GETTY III PA
23 Washington St
Cumberland, MD 21502

ATTORNEYS FOR DEFENDANT

**APPROVED**

_____/s/_____
J. Mark Coulson
United States Magistrate Judge